UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KENNETH HENNRICK,
                             Plaintiff,

               -against-

MIR SCIENTIFIC, LLC,
                             Defendant.
------------------------------------------------------------X

21 Civ. 4945 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on June 25, 2021, Defendant filed a motion to redact and file under seal an unredacted version of the Complaint at Docket No. 1. Dkt. No. 9. It is hereby

**ORDERED** that, Defendant's motion to seal is **GRANTED**. The unredacted version of the Complaint at Docket No. 1, as well as the motion to seal at Docket No. 9, will remain sealed, and only the parties and individuals identified in the attached Appendix will have access. Although "[t]he common law right of public access to judicial documents is firmly rooted in our nation's history," this right is not absolute, and courts "must balance competing considerations against" the presumption of access. *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119–20 (2d Cir. 2006) (internal quotation marks omitted); *see also Nixon v. Warner Commc'ns., Inc.*, 435 U.S. 589, 599 (1978) ("[T]he decision as to access is one best left to the sound discretion of the trial court, a discretion to be exercised in light of the relevant facts and circumstances of the particular case."). Filing the above-referenced document in redacted form is necessary to prevent the unauthorized dissemination of confidential business information. It is further

The Clerk of Court is respectfully directed to close the motion at Docket No. 9.

Dated: June 29, 2021
       New York, New York

                                                _____
                                                LORNA G. SCHOFIELD
                                                UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------- X
KENNETH HENNRICK, M.D., :
: Civil Action 1:21-cv-04945-LGS
Plaintiff, :
:
-against- :
:
MIR SCIENTIFIC, LLC, :
:
Defendant. :
:
---------------------------------------------------- X

# ACCESS LIST FOR SEALED COMPLAINT

Counsel for Defendant miR Scientific, LLC
Littler Mendelson P.C.
900 Third Avenue
New York, NY 10022.3298
Telephone: 212.583.9600

- Barbara A. Gross, NY Bar No. 2821148
  bgross@littler.com
- Eric A. Savage, NY Bar No. 33166
  esavage@littler.com
- Alexa J. Laborda Nelson, PA Bar No. 314652, *pro hac vice* application to be filed
  alabordanelson@littler.com

Counsel for Plaintiff Kenneth Hennrick, M.D.
Nisar Law Group, P.C.
One Grand Central Place
60 East 42nd St., Ste. 4600 New York, NY 10165
Ph: (646) 889-1007

- Casey Wolnowski
  cwolnowski@nisarlaw.com