UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KENNETH HENNRICK,
                              Plaintiff,          21 Civ. 4945 (LGS)

          -against-                            ORDER

MIR SCIENTIFIC, LLC,
                              Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, on June 29, 2021, the Court granted Defendant's motion to file under seal an unredacted version of the Complaint at Docket No. 1 and to file under seal Defendant's motion to seal at Docket No. 9. Dkt. No. 10. It is hereby

       ORDERED that, by **August 6, 2021**, Defendant shall publicly file the redacted Complaint at Docket No. 9-1.

Dated: August 4, 2021
       New York, New York

                                                     LORNA G. SCHOFIELD
                                              UNITED STATES DISTRICT JUDGE